585 A.2d 464

**Alice HOY**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 17, 1991.

Decided Feb. 6, 1991.

Felix P. Gonzalez, Gen. Counsel, SEPTA, Thomas A. Leonard, Paul S. Diamond, Thomas J. Foley, III, John N. Ellison, Philadelphia, for appellant.

Richard J. Mennies, West Conshohockn, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.

NIX, C.J., and FLAHERTY, J., dissent.